**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(CAMDEN VICINAGE)**

| | |
|---|---|
| NATIONAL SPECIALTY INSURANCE COMPANY<br><br>        Plaintiff(s),<br><br>vs.<br><br>NEW JERSEY AMERICAN WATER COMPANY INC, F.W. SHAWL & SONS, INC.<br><br>        Defendant(s). | CIVIL ACTION NO:<br>1:19-cv-21122-NLH-AMD<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PER FED. R. CIV. P. 41(a)(1)(A)(ii) & 41(c)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the above parties, through their respective counsel: Weber Gallagher Simpson Stapleton Fires & Newby, LLP, counsel for Plaintiff, National Specialty Insurance Company; Marshall, Dennehey, Warner, Coleman & Goggin, counsel for Defendant, New Jersey American Water Company, Inc.; and Cohen, Seglias, Pallas, Greenhall & Furman, counsel for Defendant, F.W. Shawl & Sons, Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c) the above captioned action, including all crossclaims and counter claims, be and are hereby dismissed without prejudice and with the expressed understanding and agreement that Plaintiff will refile its complaint in the Law Division of the Superior Court of New Jersey.

Each party shall bear its own attorneys' fees and costs associated with discontinuance of the above federal action and

Plaintiff's refiling of its declaratory judgment action in the aforementioned New Jersey Superior Court.

The foregoing is stipulated to and agreed upon by:

Weber Gallagher Simpson Stapleton Fires & Newby, LLP
Attorney for Plaintiff,
National Specialty Insurance Company

By: _____/s/_____   Dated: January 22, 2020
Denise M. DePekary, Esq.
1 Crossroads Drive, Suite 102A
Bedminster, New Jersey 07921
(973) 242-1364


Marshall, Dennehey, Warner, Coleman & Goggin
Attorney for Defendant,
New Jersey American Water Company, Inc.

By: _____/s/_____   Dated: January 22, 2020
Dante C. Rohr, Esq.
NJ Attorney ID # 019921998
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
856-414-6412
Fax: 856-414-6077
Email: dcrohr@mdwcg.com


Cohen, Seglias, Pallas, Greenhall & Furman
Attorney for Defendant,
F.W. Shawl & Sons, Inc.

By: _____/s/_____   Dated: January 22, 2020
Jonathan A. Cass, Esquire
30 South 17th St.
United Plaza, 19th Floor
Philadelphia, PA  19103
Attorneys for Defendant

**ORDER**

**IT IS on this \_\_\_\_ day of January, 2020, ORDERED THAT:**

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed without prejudice, with the understanding Plaintiff shall refile its complaint in New Jersey Superior Court, with each party to bear its owner attorneys' fees costs associated with same.

Dated:_____                    _____
                                  NOEL L. HILLMAN, U.S.D.J.